## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DAVID BELKNAP,**

      **Plaintiff,**

**v.**                                                                          **Case No.: 19-CV-01075**

**CITY OF ALAMOGORDO,**
**a New Mexico Incorporated Municipality,**
**OFFICER MITCHELL MARTIN, police officer,**
**in both his official and individual capacities;**
**CHARLENE ASHE, police officer,**
**in both her official and individual capacities,**

      **Defendants.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(b) and 1446(a) and (b), Defendants City of Alamogordo, Office Mitchell Martin, and Charlene Ashe, by and through their undersigned counsel Brennan & Sullivan, P.A. (Gabriela M. Stewart), give Notice of Removal to this Court of the civil action filed in the Twelfth Judicial District Court for the State of New Mexico, County of Otero, Cause No. D-1215-CV-2019-00855, filed by David Belknap, and as grounds therefore state:

1.      On September 8, 2019, Plaintiff David Belknap filed a Civil Complaint for Negligence and Negligence Per Se and Excessive Force Brought Under 42 U.S.C. § 1983 ("Complaint") with the Twelfth Judicial District Court.  A copy of the Complaint is attached hereto as **Exhibit A**.

2.      The Complaint was served on Defendants City of Alamogordo, Officers Mitchell Martin, and Charlene Ashe on October 18, 2019.

1

3.      This Notice of Removal is timely as it is filed within thirty (30) days of receipt of the Complaint on October 18, 2019.

4.      Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Twelfth Judicial District Court, County of Otero, State of New Mexico.

5.      The claims stated against Defendants that are subject to the original jurisdiction of this Court pursuant to 28 U.S.C. 1331 and 1343(a)(3) and (4) are as follows:

a.      Third Claim for Relief: Alleged Constitutional violations (4th Amendment) (excessive force).  *See* Exhibit A, pg. 8.

b.      Fourth Claim for Relief: Alleged Constitutional violations (supervisory liability under 42 U.S.C. § 1983).  *See* Exhibit A, pg. 10.

6.      Federal questions thus appear on the face of Plaintiff's Complaint.  The Court also has supplemental jurisdiction over Plaintiff's state law claims in Plaintiff's Complaint pursuant to 28 U.S.C. § 1367, as these claims are so related to the federal question claims which this Court has original jurisdiction over that they form part of the same case or controversy under Article III of the U.S. Constitution.  *See* Exhibit A

7.      Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, Defendant submits this also as a Notice of Filing of State Court Record and copies of all other pleadings filed in the Twelfth Judicial District for the State of New Mexico, County of Otero, Cause No. D-1215-CV-2019-00855, are attached hereto as **Exhibit B**.  A Civil Cover Sheet is attached as **Exhibit C**.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.


By:    */s/ Gabriela M. Stewart*
        Gabriela M. Stewart
        Christina L. G. Brennan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        gabriela@brennsull.com
        christina@brennsull.com
        *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of November 2019, I filed the foregoing electronically through the CM/ECF system, and served the following via email as listed below:

W. Chris Nedbalek, Esq.
Nedbalek Law Office, LLC
1096 Mechem Drive, Ste. G-03
Ruidoso, NM  88345
(575) 630-0036; (575)-524-4588
chris@ned4law.com
*Attorney for Plaintiff*


By:    */s/ Gabriela M. Stewart*
        Gabriela M. Stewart

3