IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID BELKNAP,

        Plaintiff,

v.                                           CV No. 19-1075 GBW/CG

CITY OF ALAMOGORDO, et al.,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Withdraw as Counsel of Record without substitution for Plaintiff David Belknap* (the "Motion"), (Doc. 19), filed February 13, 2020. In the Motion, Plaintiff's counsel requests to withdraw as counsel in this matter pursuant to Local Rule 83.8(a). (Doc. 19 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Nedbalek Law Office, LLC, is hereby withdrawn as Counsel of Record for Plaintiff David Belknap.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE