**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID BELKNAP,

       Plaintiff,

v.                                          CV No. 19-1075 GBW/CG

CITY OF ALAMOGORDO, et al.,

       Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

       **THIS MATTER** is before the Court after conferring with the parties about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **June 16, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE