**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAIVD BELKNAP,

    Plaintiff,

v.                                                                         No. CV 19-1075 GBW/CG

CITY OF ALAMOGORDO, et al.,

    Defendants.

**ORDER SETTING TELEPHONIC
AND ZOOM SETTLEMENT CONFERENCE**

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). Due to the ongoing uncertainty created by the Covid-19 pandemic, and the likelihood that the need for social distancing will continue through the date of the scheduled settlement conference in this case, the Court will hold the upcoming settlement conference via Zoom and telephone. The settlement conference will be held via Zoom and telephone on **Thursday, September 22, 2020, at 9:00 a.m.**

**IT IS HEREBY ORDERED** that all attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.

**IT IS FURTHER ORDERED** that:

1. By **August 10, 2020, at 12:00 p.m.**, Defendants' counsel shall serve on Plaintiff a concise letter that sets forth a response to the settlement demand.

2. By **August 10, 2020, at 12:00 p.m.**, Defendants' counsel shall provide to the Court:

    a. A copy of the letter that was sent to Plaintiff;

    b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case;

    c. Any video or audio recordings of the incident upon which this action is based; and

    d. **The email addresses and phone numbers for all Defendants in the settlement conference. This contact information will be used to send the invitation to attend the settlement conference via Zoom.**

These materials may be submitted to the Court by email at garzaschambers@nmd.uscourts.gov.

3. The letter typically should be five (5) pages or fewer, and Plaintiff will ensure that he reads the opposing party's letter before the settlement conference.

4. The Court will send Defendants a personal invitation to the Zoom meeting once it receives settlement materials from defense counsel. Plaintiff may call into the settlement conference by calling Judge Garza's AT&T line at (877) 810-9415, following the prompts, and entering access code 7467959 to be connected to the proceedings.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE