IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID BELKNAP,

    Plaintiff,

v.                                                                                      No. CV 19-1075 GBW/CG

CITY OF ALAMOGORDO, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC AND ZOOM SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with the parties.

**IT IS HEREBY ORDERED** that the telephonic and Zoom settlement conference set for **Thursday, September 22, 2020, at 9:00 a.m.**, (Doc. 34), is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE